UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| KAY L. ROGERSON, | ) | CV.08-5060-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER GRANTING |
| | ) | MOTION TO DISMISS |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Order Granting Defendant's Motion to Dismiss, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant and against plaintiff.

Dated: May 13, 2009.

BY THE COURT:

/s/ *Andrew W. Bogue*
ANDREW W. BOGUE
SENIOR DISTRICT JUDGE